

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

# O R D E R

By order of this court dated January 26, 2017, Patrick Montgomery has been removed as appointed counsel for appellant in this appeal. We therefore abate this appeal and remand the case to the trial court to appoint new appellate counsel. We order the trial court clerk to file a supplemental record containing the trial court's order of appointment by February 6, 2017.

The trial court is ordered to admonish newly-appointed counsel that this appeal has been pending since September 2015, the record is complete, and the appellant's brief will be due March 10, 2017. The trial court must further admonish counsel that the Fourth Court of Appeals will disfavor motions for extensions of time to file the appellant's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.



Keith E. Hottle
Clerk of Court